# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOVERTO VELASQUEZ GONZALEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY DETENTION CENTER,<br><br>Respondent. | Case No. 1:26-cv-03344-KES-EPG-HC<br><br>ORDER SETTING BRIEFING SCHEDULE |

Petitioner is an immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On May 1, 2026, Petitioner filed a petition for writ of habeas corpus that included a request for a temporary restraining order. (ECF No. 1.) On May 8, 2026, Respondent filed an opposition to the motion for temporary restraining order and response to the petition. (ECF No. 5.) On May 12, 2026, the district judge referred the petition to the undersigned "for the preparation of findings and recommendations and/or other appropriate action." (ECF No. 6.)

Accordingly, the Court HEREBY ORDERS that within **FOURTEEN (14) days** of the date of service of this order, Petitioner may file a reply to Respondent's response.

IT IS SO ORDERED.

Dated:   **May 12, 2026**                    /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE